IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN WHITE                                                      PLAINTIFF/COUNTER DEFENDANT

v.                                          No. 2:06CV00122 GH

ROUTH TRANSPORTATION, INC.                    DEFENDANT/ COUNTER PLAINTIFF
                                                                        THIRD PARTY PLAINTIFF

v.

DAILY EXPRESS, INC.                                         THIRD PARTY DEFENDANT

## ORDER

The parties' March 7th joint motion (#19) for consolidation of this case with <u>Regions Bank, as Special Administrator for the Estate of Travis Lynn Hill, Deceased  v. John White and Daily Express, Inc.</u>, 4:06CV001475 JLH, arising out of the same accident is hereby granted.[1]  <u>Regions Bank v. John White</u>, 4:06CV001475 JLH is designated as the lead case.

IT IS SO ORDERED this 9th day of March, 2007.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE

---

[1] The motion reflects that counsel for the plaintiff in 4:06CV001475 JLH are in agreement with this request.